UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

No. CR 04-40022 PJH

    v.

**ORDER**

CLYDE JAMERSON,

    Defendant.

_____/

On August 14, 2012, defendant Clyde Jamerson filed a motion requesting the court to release him to a residential re-entry center ("RRC") to serve out the last twelve months of his sentence. On October 1, 2012, the government opposed the motion.

The court DENIES the motion for two reasons. First, the decision to transfer a prisoner to an RRC during the last year of a prisoner's prison sentence is left to the discretion of the Bureau of Prisons ("BOP"), which has here recommended that Jamerson serve 151 to 180 days (as opposed to an entire year) at an RRC, and this court lacks jurisdiction to review the BOP's decision. *See Reeby v. Thomas*, 636 F.3d 1224, 1227 (9th Cir. 2011). Second, Jamerson has failed to exhaust available administrative remedies pertaining to the BOP's decision, thus further precluding any review. *See Tucker v. Carlson*, 925 F.2d 330, 332 (9th Cir. 1991).

**IT IS SO ORDERED.**

Dated: October 4, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge